USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/15/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    -against-

**EDWARD DURANTE,**

               **Defendant.**

-------------------------------------------------------------------- x

**15-CR-171 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Hearing set for **October 28, 2020** at **2:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **October 15, 2020**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**