USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                **Plaintiff,**

    -against-

**EDWARD DURANTE,**

               **Defendant.**

------------------------------------------------------------------- x

15-CR-171 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Telephone Hearing scheduled for October 28, 2020 is adjourned to **November 4, 2020** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**  **New York, New York**
           **October 23, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**