USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1/11/21**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                **Plaintiff,**

   -against-

EDWARD DURANTE,

                **Defendant.**

------------------------------------------------------------------ x

15-CR-171 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The motion for reconsideration is denied. The 18 U.S.C. 3553(a) factors do not support release.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **January 11, 2021**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**