UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

UNITED STATES OF AMERICA

        - v. -

EDWARD DURANTE,

           Defendant.

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 6-17-26

**ORDER**

S4 15 Cr. 171 (ALC)

WHEREAS, with the consent of defendant EDWARD DURANTE, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on August 23, 2016;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
        September 19, 2016

_____
ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE